Exhibit "A"

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE APPEAL FORM

## FORWARD TO SUPERINTENDENT

**Commit Name:** TARIRI BENJAMIN B  **Commit #:** W120704

**Grievance #:** 130077  **Date Of Grievance:** 20260725

**Institution:** PONDVILLE CORRECTIONAL CENTER  **Housing:** UNIT 1-1

**Appeal Date:** 20260811  **Appeal Received Date:** 20260811

**Current Institution:** PONDVILLE CORRECTIONAL CENTER  **Current Housing:** UNIT 1-1

**Appeal**

I am appealing the denial decision on several grounds:
1) Boston_Pre does have computers (They have Programs for inmates which require computer use;
2) I am of a Protected class and the denial discriminates against me based on my nationality, (where I am the only inmate from Iran);
3) Under the Equal Protection Clause of the U. S. Constitution, I should have the Same rights as the government when it comes to filing briefs;
4) It is well-known that Pondville did have Word processer for use by inmates, and it was discontinued;
5) By depriving me of the ability to write and submit a Viable and legally-coherent appeal brief, I will lose my appeal which is the cornerstone of the legal and judicial system;
6) I was initally destined for Boston Pre (The 3-person Panel had Recommended that), Where I would be able to write and submit my 30-40 page brief. I am an attorney by training and am representing myself. therfore by deprriving me of the legal opportunity to submit an acceptable brief (in terms of forms as well as substance), it will assure and ensure denial of my appeal. In such an event, Please note that your organization will be primarily responsible for such denial; and
7) In sum, not being allowed to have (or use) a word processor (Where Boston Pre does have) or the use of a Notes app, in the time sensitive moment is discrimination(see Ashcroft v. Iqbal, 556 U.S.662 (U.S. Supreme Court 2009) and 103 CMR 478 (10)(3)(Legal Services), Equal Protection clause of 14th Amendement of U.S. Constitution. MGLC 151B, and ALM GL CH.124,31(f)

**Remedy Requested**

1. Provide me with a Word processor in the month of August;
2, transfer me to Boston Pre-Release so I can use their computer. my brief is due in August (this month). Thank you!

**Staff Recipient** Burroughs Tony A CPO I

**Signature** ______________________

## DECISION BY SUPERINTENDENT

**Appeal Received Date** 20260811  **Decision Date** 20260813  **Decision** DENIED

**Decision By** Gallant Joy L SUPERINTENDENT

**Reasons** Concur with IGC. PCC offers what is required per 103 CMR 478. Confirmation with BPR indicated that Incarcerated Individuals do not have access to computers for legal work.

**Signature** Joy Gallant  **Date** 8/13/26

## INMATE RECEIPT

**Inmate's Name** TARIRI BENJAMIN B  **Institution** PONDVILLE CORRECTIONAL CENTER

**Number** W120704  **Appeal Received Date** 20260811

**Staff Recipient** Burroughs Tony A CPO I

**Superintendent's Signature** ______________________